Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEN FORSBERG,<br><br>                     Plaintiff,<br><br>v.<br><br>MTC FINANCIAL, INC. dba TRUSTEE CORPS; HOME ALLY FINANCIAL II, LLC,<br><br>                     Defendants. | No.: 14-00383-JCC<br><br>STIPULATION AND ORDER OF DISMISSAL AND WITHDRAWAL OF MOTIONS FILED BY PLAINTIFF<br><br>NOTE ON MOTION CALENDAR: May 19, 2015 |

## I.     STIPULATION

COME NOW, the above captioned parties, by and through their attorneys of record, as evidenced by the signature of their counsel, below, and stipulate as follows:

1.     All claims, counterclaims and cross claims in the above captioned matter shall be dismissed with prejudice.

2.     The Motion for Preliminary Injunction and Motion to Withdraw as Counsel filed by Plaintiff under SUB 57 and SUB 63 are hereby withdrawn.

3.     Each party shall bear their own attorneys' fees and costs incurred herein.

//

//

//

STIPULATION AND ORDER OF DISMISSAL AND
WITHDRAWAL OF PLAINTIFF'S MOTIONS - 1

**PETERSON RUSSELL KELLY PLLC**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700  FAX (425) 451-0714

107977 103 fe19b202nw

1    SO STIPULATED AND AGREED this 19th day of May, 2015.

PETERSON RUSSELL KELLY PLLC            LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

By:   /s/ Michael S. DeLeo              By:   /s/ Melissa A. Huelsman
      Michael S. DeLeo, WSBA # 22037          Melissa A. Huelsman, WSBA #30935
      Attorney for Defendant MTC Financial    Attorney for Plaintiff Kenneth Forsberg
      Inc. d/b/a Trustee Corps

STIPULATION AND ORDER OF DISMISSAL AND
WITHDRAWAL OF PLAINTIFF'S MOTIONS - 2

**PETERSON RUSSELL KELLY PLLC**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700  FAX (425) 451-0714

107977 103 fe19b202nw

## II. ORDER

THIS MATTER having come on before the undersigned Judge of the above-entitled court upon stipulation of the parties and the court having reviewed the records and files herein and the stipulation of the parties and being otherwise fully advised in the premises,

IT IS ORDERED that all claims, counterclaims and cross claims in the above captioned matter are hereby dismissed with prejudice and without award of costs or fees to any party.

IT IS ORDERED that the Motion for Preliminary Injunction and Motion to Withdraw as counsel filed by Plaintiff as SUB 57 and SUB 63 are removed from consideration.

Dated this _____ day of May, 2015.

---
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

PETERSON RUSSELL KELLY PLLC

By: /s/ Michael S. DeLeo
    Michael S. DeLeo, WSBA # 22037
    Attorney for Defendant MTC Financial
    Inc. d/b/a Trustee Corps

Approved as to form and content:

LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

By: /s/ Melissa A. Huelsman
    Melissa A. Huelsman, WSBA #30935
    Attorney for Plaintiff Kenneth Forsberg

STIPULATION AND ORDER OF DISMISSAL AND WITHDRAWAL OF PLAINTIFF'S MOTIONS - 3

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700  FAX (425) 451-0714

107977 103 fe19b202nw